IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MULLER MARTINI CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07 CV 4378 (JNE/JJG) |
| ) | |
| GOSS INTERNATIONAL AMERICAS, ) | |
| INC. and GOSS INTERNATIONAL ) | |
| CORPORATION, ) | |
| ) | PLAINTIFF'S MOTION TO COMPEL |
| Defendants/Third-Party Plaintiffs, ) | DISCOVERY |
| ) | |
| v. ) | |
| ) | |
| MÜLLER MARTINI HOLDING AG, ) | |
| GRAPHA HOLDING AG, MÜLLER ) | |
| MARTINI DRUCKVERARBEITUNGS ) | |
| SYSTEME AG, and MÜLLER ) | |
| MARTINI MARKETING AG, ) | |
| ) | |
| Third-Party Defendants. ) | |

NOW COMES plaintiff, Muller Martini Corp., through its undersigned attorneys of record, and respectfully moves this Honorable Court under Rule 37 of the Federal Rules of Civil Procedure for an order compelling defendants, Goss International Americas, Inc. and Goss International Corporation, to provide discovery.

The ground for this motion is that, despite assurances that defendants would promptly produce documents relating to the device accused of infringing

-2-

Muller Martini's patent and despite defendants' insistence on an "aggressive" schedule, defendants have failed and refused to produce documents promised at the scheduling conference.  Defendants have also refused to provide meaningful responses to Muller Martini's interrogatories to defendants.  Muller Martini has attempted to reach an amicable resolution of this discovery stand-off, but defendants have steadfastly refused to either produce the documents requested or to provide meaningful interrogatory responses.

      The facts on which this motion is based are set forth in the accompanying memorandum, along with supporting authority showing that Muller Martini's motion should be granted.

WHEREFORE, Muller Martini respectfully requests entry of an order in accordance with the prayer of this motion.

    Respectfully submitted,

    s/ Keith V. Rockey
    KEITH V. ROCKEY
    KATHLEEN A. LYONS
     Rockey, Depke & Lyons, LLC
     Sears Tower, Suite 5450
     233 South Wacker Drive
     Chicago, Illinois 60606
     Phone:  (312) 277-2006
     Facsimile:  (312) 441-0570

    MICHAEL R. CUNNINGHAM
     Gray, Plant, Mooty, Mooty & Bennett,  P.A.
     500 IDS Center
     80 South Eighth Street
     Minneapolis, MN 55402
     Phone:  (612) 632-3000
     Facsimile:  (612) 632-4444

    Attorneys for Plaintiff Muller Martini Corp.